FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 FEB -4 AM 11:54
CLERK-ALBUQUERQUE



# UNITED STATES DISTRICT COURT

for the

Martin Perea
*Petitioner*

v.

Warden Nilius

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 22cv83 MV/KBM
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Martin Perea
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Cibola County Corrections Center
   (b) Address: Post office Box, 3540 Milan, New Mexico
   (c) Your identification number: 81958051
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case:
   (c) Date of sentencing: N/A
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: N/A

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*: The agent of the agency, in the office, who is not the party named on the instrument(s) is being held in violation

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: united states District court of New Mexico. 333 Lomas, BLVD. Northwest Albuquerque, New Mexico

(b) Docket number, case number, or opinion number: Doc, 129, 130, 132, 135. Case# 15-cr-3052-wj

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: The action im challenging is if the agent of the agency is collusively and improperly joined for the agent is not the subject matter of statute named on the instrument.

(d) Date of the decision or action: ______

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: United states Attorney General united states District court of New Mexico

(2) Date of filing: U.S.A.G. 11-8-2021; U.S.D.C. 11-19-2021, 12-03-2021, 01-10-2022

(3) Docket number, case number, or opinion number: Doc, 129, 130, 132, 135; case# 15-cr-3052-wj

(4) Result: Agent is being denied due process and equal protection of law

(5) Date of result: N/A

(6) Issues raised: IF the agent is subject to the code(s), Being denied an administrative agency petitioned request for an adjudicative hearing and declaratory order, of final determination in writing.

5. (Other): of the constitution, law, or treaties of the united states, i the agent in the agency, personal legal representative, am appearing on behalf of petitioner Martin Perea if i am subject of the code(s).

7. (a)(4)(Result): For not being granted an adjudicative hearing. Agent is being denied his entitled rights by operation of law to be and act as personal legal representative.

7. (a)(6)(Issues raised): the agent in the agencys office is not subject to the code(s), the district court lacks subject matter jurisdiction, Fed, r.civ.p. rule. 60(b)(1)(3)(4)(6).

(b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: N/A

(2) Date of filing: N/A

(3) Docket number, case number, or opinion number:

(4) Result: N/A

(5) Date of result:

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: N/A

(2) Date of filing: N/A

(3) Docket number, case number, or opinion number: N/A

(4) Result: N/A

(5) Date of result: N/A

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❒ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❒ Yes ☒ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number: N/A

(3) Date of filing:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❒ Yes ☒ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number:

(3) Date of filing: N/A

(4) Result:

(5) Date of result: N/A

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ☒ No

If "Yes," provide:

(1) Date of filing: N/A

(2) Case number:

(3) Result: N/A

(4) Date of result:

(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ☒ No

If "Yes," provide:

(1) Name of court: N/A

(2) Date of filing: N/A

(3) Case number:

(4) Result: N/A

(5) Date of result:

(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: N/A

(b) Name of the authority, agency, or court:

(c) Date of filing: N/A

(d) Docket number, case number, or opinion number: N/A

(e) Result: N/A

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Procedural due Process and equal protections of law violations for being denied an administrative agency adjudicative hearing, declaratory order and Final determination in writing questioning the validity if the agent is subject to the code.

13. (Ground one): I the agent in the agency, personal legal representative, am appearing on behalf of petitioner Martin Perea, I the agent am not subject to the code(s), nor do i the agent accept legal assignment to the party on the instrument. As personal legal representative, administrator of decendents estate the agent has a personal use trust which is for a specific personal use, the consequence being that the interest of i the beneficiary is inalienable and not liable for the debts of Martin Perea absentee which administration has been had as upon his estate, This wrongful attachment suretyship for another is why the court lacks subject matter jurisdiction in personam of the personal legal representative in his capacity as attorney in fact. The duress to compel the agent to accept legal title assignment at that particular point in time was overwhelming, however, as stated in documents provided in this petition i the agent have become vigilant with due diligence as my tenacity for truth in equity hasn't waivered, i can challenge lack of subject matter jurisdiction at any time while case is pending, as the agent enforces exclusive equitable rights and asserts a claim.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Notice to the district court affidavit, declaration and notice for motion for dismissal of actions for the district court lacks subject matter jurisdiction, procedural due process of law violations for exhausting administrative remedies with adequate remedy of law under the administrative.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☒ No

13. (a)(supporting facts): procedures, therefore any judgement entered is null and void. Notice to district court, affidavit(s), declaration(s) legal notice for order to show cause for why the district court should'nt dismiss the actions for the district court lacks subject matter jurisdiction in personam of the agent in the agencys office, procedural due process and equal protection of law violations for exhausting administrative remedies with adequate remedies infact under the administrative procedures act. crossdemand for recoupment, this petition and default of the administrative agency to provide a hearing to settle this controversy has produced a cloud on title rendering the title doubtful but is actually illegal or unenforceable for want of equity in enforcement and of which equity will take cognizance in a suit for cancellation of the offending instrument or the quieting of the title against the defect or imperfection.

**GROUND FOUR**: N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do:

Immediate dismissal of actions and release ordered of an illegally confined agent, who is being denied procedural due process of law, agent requires a declaratory order of final determination in writing from this district court with prejudice, Immediate dismissal of actions and release ordered of an illegally detained personal legal representative from involuntary servitude in a debtors prison, who is being denied procedural due process of law, the agent requires a declaratory order in writing of final judgement from this district court with prejudice for the court lacks subject matter jurisdiction of an attorney in fact with privilege or immunity from any unlawful action as a matter of fact of law.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

02/02/2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/02/2022

by: Martin Perea

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 19 2021

MITCHELL R. ELFERS
CLERK

**UNITED STATES DISTRICT COURT**
**District of New Mexico**

**CM/ECF PRO SE NOTIFICATION FORM**
Case Management/Electronic Case Files

This form is used to elect the type of notification of filing to be received from the Court's Case Management/Electronic Case File (CM/ECF) system. Please select only ONE type of notification and complete the necessary information.

**PLEASE TYPE or PRINT**

| **Please enter party information** | |
|---|---|
| Case Number: | 15-CR-3052-WJ |
| First/Middle/Last Name: | MARTIN PEREA |
| Contact Phone Number: | N/A (Include Area Code) |
| Complete the following information for either a P.O. Box or physical address, not both. | |
| Address: | P.O. BOX 3540 |
| City/State/Zip: | Milan, NEW Mexico 87021 |
| **Please choose the method of notification (select only one)** | |
| ● | I elect to receive notification via postal mail (Using the address entered above, either a P.O. Box or physical address.) |
| ○ | I elect to receive notification via E-Mail ** (Complete the following information) |
| E-Mail Address: | N/A |
| ○ | I elect to receive notification via Fax ** (Complete the following information. Failures due to invalid or busy fax numbers will be delivered via postal mail to the address above) |
| FAX Number: | N/A (Include Area Code) |

****For Fax or E-mail, by submitting this notification form, the undersigned consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. Repeated failures, of either the fax number or e-mail address, will result in the information being removed from the case and subsequent notifications will be delivered via postal mail.**

by: Martin Perea
Signature

11-13-2021
Date

**Submission:** You may submit this completed AND signed form via one the following:

| Mail | Fax | E-Mail |
|---|---|---|
| United States District Court<br>ATTN: CM/ECF Notifications<br>333 Lomas Blvd NW, Suite 270<br>Albuquerque, NM, 87102 | 505-348-2028 | cmecf@nmcourt.fed.us<br><br>(Scan to PDF file format) |

*Note: Questions regarding this form may be directed to our CM/ECF Help Desk at (505) 348-2075 or via email (at the above email address).*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 19 2021

MITCHELL R. ELFERS
CLERK

to: clerk of court,

From: martin Perea,

case no: 15-cr-3052 wj

clerk of court,

Please court time stamp this legal documents letter to the clerk of court, into the record of the court.

sincerely,

date: 11-16-2021

by: Martin Perea
MARTIN PEREA

to: district clerk of court,
From: martin perea
case no: 15-cr-3052 wj

district clerk of court,

i am addressing this letter of concern to you according to procedural due process of law from the Fed. R. Civ. P Rule 5.1 and Fed. R. of App. P. Rule 44 concerning a constitutional challenge to federal statute in regards to 28 U.S.C.$ 2403, this rule is now found in the rules of a majority of the circuits, it is in response to the act of august 24, 1937 (28 U.S.C.$ 2403), which requires all courts of the united states to advise the attorny general of the existence of an action or proceeding of the kind described in this Rule,

notes of advisory committee on 2002 amendments, rule 5.1 and 44 requires that a party who "questions the constitationality of act of congress" in a proceeding in which the united states is not a party must provide written notice of that challenge to the clerk. Rule 5.1 and 44 is designed to implement 28 U.S.C.$ 2403 (a) which states that:

in any action, suit or proceeding in a court of the united states to which the united states or any agency, officer, or employee thereof is not a party wherein the constitutionality of any

act of congress affecting the public interest is drawn in question, the cart shall certify such fact to the attorney general, and shall permit the united states to intervene... for argument on the question of constitutionality, this notice of constitational question will ensure that the attorney general is notified of constitutional challenges and has an opportunity to exercise the statutory right to intervene at the earliest possible point in the litigation, the courts certification obligation remains, and is the only notice when the constitutionality of a federal or state statute is drawn in question by means other then a party's pleading, written motion, or other paper.

respectfully submitted,

date: 11-16-2021 by: [signature]
MARTIN PEREA

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 19 2021
MITCHELL R. ELFERS
CLERK

to: clerk of court

from: martin Perea

case no: 15-cr-3052 wj

clerk of court,

please court time stamp these legal documents, Letter to the attorney general, affidavit of status, and declartion of status, into the record of the court.

date: 11-16-2021

Sincerely,
by: [signature]
MARTIN PEREA

To: United States Attorney General
c/o: Merrick Garland
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530-0001

From: Martin Perea, agent
Core Civic Corrections Center
P.O. Box 3540
Milan, N.M. 87021

Merrick Garland,

I am requesting in a written petition before the Administrative Agency for a video conference of an adjudicative hearing and a declaratory order in writing of a final determination that I the living man am or am not subject to the code of Title 18 U.S.C.

As for federal law, Title 18 U.S.C. does not contain a definition of "Person" therefore, I found a general definition of "Person", in 1 U.S.C. §1 - Words denoting number, gender, and so forth: "In determining the meaning of any act of Congress unless the context indicates otherwise the words "Person" and "whoever"

include corporations, companies, associations, firm partnerships, societies, and joint stock companies, as well as individuals".

Ejusdem Generis, of the same Kind, Class, or nature, in statutory construction the "Ejusdem Generis Rule" is that where general words follow an enumeration of persons or things by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to the persons or things of the same general kind, class, nature as those specifically mentioned.

Pursuant to the legislative rules, a bill must be confined to one subject of all items listed as the same class or type. I do not see a living man listed in the above definition of "Person". Therefore the definition, if it were intended to apply to living men and women, violate the rule of statutory construction.

Codes are color of law, as applied to living people, because they have the appearance of law, but they are not law, "as applied to me" is an important part of declaring a code to be merely color of law, I'll try to explain, statutes are passed by

the legislative (or congress) and then they are codified by the law revision board. Often the codes do not read exactly the same as the statute especially the definition of who is subject to the code. The code is not the law, it is considered only to be "evident of the law," when the code is applied to someone who is not defined as the person subject to the code. It is only color of law as applied to that person. It is only law when it is applied to the person defined in the code. when people are concerned, the state only has the authority to regulate commerce, i.E., privileged activities, such as licensed activities, and transporting freight or passengers for hire. Where artificial entities are concerned, the state can regulate what it creates, i.e., government employee's, government agencies, corporations etc. I've yet to see a statute that names a living man or women.

The definition often includes "natural person" or "individual," but when included in a definition with a list of artifical entities, the term takes on the same class, kind, or nature as the artifical entities. This is just thrown in there to confuse us into volunteering to be subject to the code.

In addition I require the Administrative Agency to issue an order saying the code applies to the living man and I quote "This is me, and this is the definition in the code, I do not see me, a living man listed in the definition. So it is your responsibility to determine if I fall within the definition of "Person" subject to the code.

Wherefore, I look forward to a timely response regarding this very important matter before us today from this Administrative Agency.




Respectfully Submitted,
by: [signature] 10-21-21
MARTIN PEREA

[signature] 10/21/2021

cert # 7020 1810 0000 6085 3164

# DECLARATION OF STATUS

Let it be known to all parties listed within the four corners of this document and to all men and women and entities, that it is my wish and rightful choice to be known, acknowledged and recognized by all as the living man, a private civilian non citizen national, a sentient moral man, created by the creator with inherent unalienable rights endowed upon me as supported and guaranteed by the highest of high, the Supreme creator of the universe and beyond all that exists, furthermore, I agent of the Cestui Que Trust in sui juris, am a private civilian non citizen national, I am a non-statutory, non-commercial, non-uniform commercial code entity, non-enemy combatant belligerent, seeking peace, I am the living man, a private man, privately residing on the land.

OFFICIAL SEAL
Joaquina Galindo
NOTARY PUBLIC-State of New Mexico
My Commission Expires Sept. 14, 2024

[signature]
10/21/2021

Respectfully Submitted,
by: [signature] 10-21-21
MARTIN PEREA

cert# 7020 1810 0000 6085 3164

# AFFIDAVIT OF STATUS

I Martin Perea being, in sui juris, am competent and of sound mind to state the following and makes oath that the statements in his Declaration of Status are true and correct and of his own knowledge that the occupant of the executor office is the Cestui Que Trust Sole beneficiary agent of record without recourse, with prejudice of MARTIN PEREA estate with a equitable use of the private trust, that the trust is private and it's sole beneficiary, owner of said trust estate, I am a private civilian non citizen national, I am the living man residing on the land, I am the creation created by the Most High and I owe my alligence to the lord of lords, the supreme creator of the universe and beyond and all that exists inbetween.

OFFICIAL SEAL
Joaquina Galindo
NOTARY PUBLIC-State of New Mexico
My Commission Expires Sept 14 2024

[signature]
10/21/2021

Respectfully submitted,
by: [signature] 10-21-21
MARTIN PEREA

cert# 7020 1810 0000 6085 3164

martin perea #81958-051
Cibola county correctional center
P.O. Box. 3540
Milan, new mexico

legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 19 2021

MITCHELL R. ELFERS
CLERK

United States district co[urt]
for the district of new Mexico
C/O: Clerk of court
Suite 270
333 Lomas boulevard, north west
Albuquerque, new mexico

legal Mail

Martin Perea
#81958051
P.O. Box 3540
Milan, NM 87021




United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

| | |
|---|---|
| Date: | December 03, 2021 02:20 PM MST |
| To: | Martin Perea |
| From: | Office of the Clerk, District of New Mexico |
| CM/ECF Support Number: | (505) 348-2075 |
| CM/ECF Support Email: | cmecf@nmcourt.fed.us |
| Number of Pages (including cover sheet): | 17 |
| Comments: | Case#1:15-cr-03052-WJ Document#132 Filed:12/03/2021 |
| Job: | 963dcfc5-a20f-49b6-ba53-64925d29cd42 |

*** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at http://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.




United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

Date: December 03, 2021 02:20 PM MST
To: Martin Perea
Case: USA v. Perea
From: Office of the Clerk, District of New Mexico
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmcourt.fed.us
Comments: Case#1:15-cr-03052-WJ Document#132 Filed:12/03/2021
Job: 963dcfc5-a20f-49b6-ba53-64925d29cd42

Legal Notice for Order to Show Cause by Martin Perea. (cmm)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at http://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 03 2021
MITCHELL R. ELFERS
CLERK

united states district court
for the district of new mexico

united states of america,
plaintiff,

vs.

case no: 15-CR-3052 WJ

martin perea
defendant,

legal notice for order to show cause for why the district court shouldnt dismiss the actions for the district court lacks subject matter jurisdiction in personam of the agent in the agencys office.

this matter, comes before the district court, legal notice for order to show cause for why the district court shouldnt dismiss the actions for the district court lacks subject matter jurisdiction in personam of the agent, i the agent in the agencys office of the cestui que trust, personal legal representative appearing on behalf for the defendant martin perea, hereinafter the agent as distinguished from the defendant, the agent is asserting interest of equity title, a superior title which will prevail and supersede at law or in equity as against another asserted title, lien, or interest, within this

legal notice the agent will enforce exclusive equitable rights by operation of law of title based on the premises of points and grounds of procedural due process of law based on a formal body of legal and procedural rules and doctrines that supplement, aid, or override common and statute law and are designed to protect rights and enforce duties fixed by substantive law, while being intimidated by the coercive tactics of the federal united states governmental corporation policy enforcers, i was pressured under duress into accepting legal assignment of the legal title to be the suretyship for another persons legal responsibilities that was fear driven compulsion of a collusive and improper legal assignment on the agents part at time in the past, upon vigilant due diligence and many many tireless hours of investigative research on how the federal united states administrative procedures act correlates with todays law of this nation which i find myself embroiled in, the agents tenacious appetite for knowledge of equity law has not waivered to this present date, i the agent will strive to discover hidden knowledgeas i compel myself forward through book learning of statutory construction on how the current law in this nation operates, as this legal notice for order to show cause reveals itself to the district court will be seen as to my progress of

enlightement to that of which i didnt know and realize, as the agent exercises his entitled equity title rights before this court assigned by the operation of law, i the agent will exhaust all my administrative remedies with adequate remedies of equitable rights to cure the deficiencies within my administrative agency to make my status known for the rest of the agents natural life as a resident here on earth, in addition, i will not consent, accept, express, or volunteer et, al., to any legal assignment at law for any person outside my very own walking independent insular island contained within this skin of the living flesh and blood, the agent is being illegally detained and held as suretyship for the party on the instrument, i the agent have had my property stolen, by a collusive and improper venue which i object to, i the agent am not the subject of the code(s), this district court lacks subject matter jurisdiction for the agent the legal representative is not subject of the code(s) and will no longer from this point forward accept any legal assignment of the legal title, expressly implied or written that the state holds for the principal party on the instrument, now in no particular order the points and grounds with authorities to support the agents legal notice herein;

1: agent - one of the parties to an agency relationship the one who acts for and represents the other party who is known as the principal. 3 am j2d ag § 1

2: beneficiary - a person who receives a benefit or advantage state v. willett, 17 ind 296, 86 ne 68, a person receiving or entitled to receive a gift, a devise, or legacy, a cestui que trust, a person who is entitled to receive or who is receiving profit, benefit, or advantage from a contract or from an estate, one entitled by the terms of a life insurance policy to receive the proceeds of the policy upon the death of the insured. 29 am j rev ed ins § 1631; a person named by statute as entitled to the proceeds, or a share of the proceeds, of a statutory action, such as an action for wrongful death 22 am j2d dth §§ 47-59

3: confidential relation - a technical fiduciary relation, such as trustee and beneficiary, and any informal relation between parties wherein one of them is in duty bound to act with the utmost good faith for the benefit of the other party. 57 am j1st wills § 390, a relation between two persons as a result of which there is confidence reposed on one side and a resulting superiority in position and influence on the other, 37 am j2d fraud §§ 15, 16, a relation in which confidence is reposed, and in which

dominion and influence resulting from such confidence may be exercised by one person over another burgdorfer v. thielemann, 153 or 354, 55 p2d 1122, 104 alr 1407; state v. russell, (mo) 265 sw2d 379, 45 alr2d 617, a peculiar relation which exists between attorney and client, principal and agent, principal and surety, landlord and tenant, parent and child, guardian and ward, ancestor and heir, husband and wife trustee and cestui que trust, executor or administrator and creditors and in many other cases.

2) some courts, in dealing with the question of fraud, indiscriminately use the terms "fiducial relation" and "confidential relation" as being synonymous insofar as they affect the good faith dealings between the parties to the relation, there is, however, a technical distinction between the two terms, the former being more correctly applicable to legal relationships between the parties, such as guardian and ward etc, while the latter includes them and also every other relationship wherein confidence is rightfully reposed and is exercised, among which is a situation involving superiority of knowledge on the part of the one seeking to uphold the contract and confidence reposed in him by the other, robins v. hope, 57 cal 493; roberts v. parsons, 195 ky 274, 242 sw 594

4: equity - 1) justice according to natural law or right, freedom from bias or favoritism 2: a system of law originating in the english chancery and comprising a settled and formal body of legal and procedural rules and doctrines that supplement, aid, or override common and statute law and are designed to protect rights and enforce duties fixed by substantive law. 3: trial or remedial justice under or by the rules and doctrines of equity 4: a body of legal doctrines and rules developed to enlarge, supplement, or override a narrow rigid system of law, 5: a right, claim, or interest existing or valid in equity, 6: a risk interest or ownership right in property. 27 am j2d eq §1

5: inherent power of officer or agent - a power native to the position, although it may not be sanctioned by an express grant of authority 10 am j2d banks § 99

6: operative trust - an active trust, a trust which maintains the legal estate in the trustees, to enable him to perform the duties devolved on him by the donor, and give the cestui que trust only a right to equity to enforce the performance of the trust. 54 am j1st trusts §13

7: agency - a firm, etc, empowered to act for another.

8: administrator of decedents estate - 1) a person appointed by the probate court, in accordance with the governing statutes, to administer and settle intestate estates and such testate estates as have no competent executor designated by the testator.

2) although the position which he holds is frequently referred to as an office, he is not a public officer within the commonly accepted meaning of that term. it has been better said that the position of an administrator merely resembles an office, and that more strictly speaking it is a trust.

31 am j2d ex & ad §1 and §2

9: statute of uses - an english statute of 1536 (27 henry viii, ch10), generally recognized as a part of the common law of states of the united states, which gave a legal status to so called "uses" theretofore recognized only in equity, providing that the legal title should follow the beneficial interest and vest in the "cestui que use" after such quality, manner, form and condition as they had before in or to the use, confidence or trust that was in them, 28 am j2d est § 344. a statute, the most significant effect of which was to validate executory interests theretofore recognized only in equity, 28 am j2d § 333

10: status - position or rank, a legal personal relationship or condition, not temporary in its nature nor terminable at the mere will of the parties, with which third persons and the state are concerned, in re david son's will, 223 minn. 268, 170 alr 215. an existing state of affairs. de la montanya v. de la montanya, 112 cal. 101

11: interest - 1) a right to, or a share in, something, 2) anything in which one has a share, 3) advantage, benefit, 4) those having a common concern or power in some industry, cause, etc. 5) a feeling of concern, curiosity, etc, about something, to cause to have an interest or take part in,

12: superior title - a title which will prevail in law or equity as against another asserted title, lien, or interest.

13: the judicature act of 1873 - where there is a conflict of interest of the rules at law and the rules in equity, the rules in equity shall prevail.

14: order to show cause - an order or rule of court made ex parte, citing an adverse party to appear before the court and show cause, if he can why a

certain thing shall not be done. 37 am j 1st motions § 33, an alternative to notice of motion in bringing a motion on for hearing, a form of process.
hayward v. long, 178 sc 351, 183 se 145, 114 alr 1130.

15: recognition of superior title - words, acts, or conduct subordinating ones possession to, or admitting the existence of a superior title, thereby effectively negativing the character of ones possession as adverse to the holder of such title, 3 am j 2d adv p § 82

16: Fed. r. civ. p. rule 12(h)(3) - lack of subject-matter jurisdiction, if the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.

17: Fed. r. civ. p. rule 12(i) - hearing before trial, if a party so moves, any defense listed in rule 12(b)(1)-(7) whether made in a pleading or by motion - and a motion under rule (c) must be heard and decided before trial unless the court orders a deferral until trial.
18: Fed. r. civ. p. rule 19(a)(3) - venue. if a joined party objects to venue and the joinder would make venue improper, the court must dismiss that party.

19: fed. r. civ. p. rule 60 (b) - grounds for relief from a final judgment, order, or proceeding. on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:

20: fed. r. civ. p. rule 60(b)(1) - mistake, inadvertence, surprise, or excusable neglect.

21: fed. r. civ. p. rule 60 (b)(3) - fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party.

22: fed. r. civ. p. rule 60(b)(4) - the judgment is void.

23: fed. r. civ. p. rule 60 (b)(6) - any other reason that justifies relief.

24: 28 U.S.C. § 1359 - parties collusively joined or made. a district court shall not have jurisdiction of a civil action in which any party, by assignment or otherwise, has been improperly or collusively made or joined to invoke the jurisdiction of such court.

25: 5 U.S.C. § 500 (d)(1) - of title IV, administrative procedures act as stated, this section does not,

(1) grant or deny to an individual who is not qualified as provided by subsection (b) or (c) of this section the right to appear for or represent a person before an agency or in an agency proceeding.

26: 5 U.S.C. § 551(2) "person" includes an inidividual partnership, corporation, association, or public or private organization other then an "agency".

27: equities being equal, the law Prevails - a maxim of equity, meaning that where two persons have equal equitable claims upon, or interest in, the same subject matter, or, in other words, if each is equally entitled to the protection and aid of a court of equity with respect to his equitable interests, and one of them in addition to his equity has obtained also the legal estate in the subject matter, he who thus has the legal estate will prevail 27 am j 2d eq § 150.

wherefore, in conclusion, i the agent am enforcing exclusive equitable rights to enforce the performance of the trust to benefit the agents advantage of the agents rightful status in the agencys office guaranteed by unalienable rights that may not be taken or transferred decreed in the declaration

of independence, i the agent have a right to question lack of subject matter jurisdiction at any time while the case is pending, in closing, i the agent respectfully submit to the district court this notice, i the agent, pray for the following relief sought as the agent that this adjudicative hearing produces in equity and good conscience of the district court, a declaratory order in writing of final judgement by this district court for a complete dismissal of actions and an order by the district court to have an illegally detained agent released immediately, may God bless the united states.

respectfully submitted,

date: 12-01-2021 by: [signature]
MARTIN PEREA

to: clerk of court,
From: Martin perea,
case no: 15-cr-3052 wj

clerk of court,

i the agent in the agencys office of the cestui que trust am addressing you the clerk concering a notification form i sent to your office on two separate occasions, my concern is i am not receiving copies of legal documents pertaining to the defendant martin perea, i am asking if you could check into this matter of great concern so i can take receipt of proper legal documents to deliver to Mr Perea when he returns from his lengthy absence, i the agent do sincerely appreciate your efforts to correct this slight error, i look forward to your correspondance regarding this matter so i can take necessary steps to take receipt of any legal documents for the defendant Martin perea.

date: 12-01-2021

sincerely,
by: [signature]
MARTIN PEREA

to: clerk of court,

From: Martin Perea

caseno: 15-cr-3052 wj

Clerk of court,

Please court time stamp this legal document into the record of the court.
legal notice for order to show cause for why the district court lacks subject matter jurisdiction in personam of the agent in the agency's office.

sincerely,

date: 12-01-2021

by: [signature]
MARTIN PEREA


by: Martin Perea #81958051
Cibola county corrections Center
P.O. Box 3540
Milan, New Mexico [87021]
HAPPY HOLIDAYS
US POSTAGE
ZIP 87021 $ 001.56
DEC 02 2021
Legal Mail
RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 0 3 2021
MITCHELL R. ELFERS
CLERK
united states district court
for the district of new Mexico
c/o: clerk of court
333 Lomas boulevard, north west, suite 270
Albuquerque, new Mexico, [87102]
legal Mail

Martin Perea
81958051
Cibola County Correctional Center PO Box 3540
Milan, NM 87021




United States District Court
District of New Mexico
Office of the Clerk
Cover Sheet

Date: January 11, 2022 10:15 AM MST
To: Martin Perea
From: Office of the Clerk, District of New Mexico
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmcourt.fed.us
Number of Pages (including cover sheet): 7
Comments: Case#1:15-cr-03052-WJ Document#135 Filed:01/10/2022
Job: b6a4a6c4-683b-4934-806e-51c4e3161a74

*** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at http://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.




United States District Court
District of New Mexico
Office of the Clerk
Document Summary Page

Date: January 11, 2022 10:15 AM MST
To: Martin Perea
Case: USA v. Perea
From: Office of the Clerk, District of New Mexico
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmcourt.fed.us
Comments: Case#1:15-cr-03052-WJ Document#135 Filed:01/10/2022
Job: b6a4a6c4-683b-4934-806e-51c4e3161a74

AFFIDAVIT of Due Process by Martin Perea. (arp)

NOTE: In an effort to reduce paper and postage costs, the Notice of Electronic Filing (NEF) will not be included with this transmission. To obtain a copy of the complete NEF, please visit us online at http://www.nmd.uscourts.gov and login to either your CM/ECF or PACER account. You may also view the NEFs at one of our public terminals located at the courthouses in Albuquerque, Las Cruces, and Santa Fe.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2022 JAN 10 PM 1:28
CLERK-ALBUQUERQUE

united states district court
for the district of new mexico

united states of america,
plaintiff,

vs. case no: 15-cr-3052 wj

martin perea
defendant

affidavit of due process and equal protection of law violations

this matter comes before the district court, affidavit of due process and equal protection of law violations i the private agent in the agency office personal legal representative am appearing on behalf of the estate of martin perea before the court, hereinafter, the agent, i the agent by operation of law have been denied due process for i petitioned the administrative agency, see doc, 129, 130, case no: 1:15-cr-03052-wj, time barred for the director of the administrative agency to intervene in this controversy concerning a constitutional challenge to federal statute has run its course for the director to set the record of the court of a final determination of the agency to invoke the courts subject matter jurisdiction, how can there be a final determination if there was never an

agency hearing? i am asserting my rights of the administrative procedures act pertaining to my status as the personal legal representative in my private individual capacity that the district court lacks subject matter jurisdiction for i the agent, am been denied due process of law for i am not the subject named on the instrument of the computer record of the administrative agency that the court reviews to invoke its jurisdiction to adjudicate the action against the party named on the instrument, i the agent, executor or administrator, beneficiary of the estate said herein, am exercising my duties to enhance the performance of the trust, i the agent, am questioning the wrongful attachment of legal title assignment which is my right, claim to assert as i enforce exclusive equitable rights of the agency estate of martin Perea, i the agent abate this joinder as i am being denied due process of law for not being granted a petitioned for hearing before the administrative agency of the D.O.J. attorney general to resolve this controversy, see, 5 U.S.C.§ 554(a), 5 U.S.C.§ 554(b), 5 U.S.C.§ 554(e). of title V of the administrative procedures act, i the agent am exercising my rights by operation of law granted to the private party to execute and administrate the cestui que trust estate of martin Perea.

Martin Perea

date: 01-07-2022 by: [signature]

to: clerk of court,

from: martin perea,

case no: 15-cr-3052 wj

clerk of court,

please court time stamp this legal document, affidavit of due process and equal protection of law violations into the record of the court,

Martin Perea

date: 01-07-2022 by: [signature]



by: Martin Perea #81958051
cibola county correctional center
P.O. Box 3540
Milan, new mexico [87021]

ALBUQUERQUE NM 870
7 JAN 2022 PM 3

Legal Mail

US POSTAGE PITNEY BOWES
USA ★ FOREVER ★
JAN 07 2022

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 10 2022
MITCHELL R. ELFERS
CLERK

Legal Mail

united states district court
district of new mexico
office of the clerk
suite 270
333 Lomas blvd. N.W.
~~Alb~~ Albuquerque, new mexico
[87102]

87102-227470

CoreCivic
Inmate Mail
Not responsible
for content

## USPS Tracking Intranet

### Delivery Signature and Address

**Tracking Number: 7020 1810 0000 6085 3164**

**This item was delivered on 11/08/2021 at 04:50:00**

< Return to Tracking Number View

| | | |
|---|---|---|
| Signature | nature X | Eddie L Anderson |
| | rinted lame | EDDIE L. ANDERSON |
| Address | elivery ddress | JUSTICE 20530 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search | Submit

Product Tracking & Reporting, All Rights Reserved
Version: 22.2.1.0.18

Certified and restricted delivery receipt from the letter to the United States Attorney General. Document 129, 130.

by: Martin Perea #81958051
Cibola County Correctional center
P.O. Box, 3540
Milan, NM [87021]




Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 04 2022
MITCHELL R. ELFERS
CLERK

united states district court
District of new Mexico
office of the Clerk
333 lomas Blvd, Northwest, suite 270
Albuquerque, new Mexico [87102]